## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RONALD RAINES,**

    **Plaintiff,**

v.                                                              Case No.  8:05-cv-1808-T-30TGW

**METABOLIFE INTERNATIONAL, INC.,**
**et al.**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion of the Chemins Company, Inc. to Transfer Venue to the Southern District of California with Incorporated Memorandum of Law (Dkt. # 11) and Plaintiff's Response to Defendant Chemins Company Inc.'s Motion to Transfer to Southern District of California (Dkt. # 15).  The Court, having considered the motion and memoranda, and having noted that Plaintiff does not oppose the transfer, finds that this case should be transferred to the United States District Court for the Southern District of California.

It is therefore ORDERED AND ADJUDGED that:

1.     The Motion of the Chemins Company, Inc. to Transfer Venue to the Southern District of California with Incorporated Memorandum of Law (Dkt. # 11) is GRANTED.

2.     The Clerk is directed to transfer this action to the United States District Court for the Southern District of California.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1808.transfer SD CAL.wpd